JS-6

1   Krsto Mijanovic (Bar No. 205060)
      *kmijanovic@hbblaw.com*
2   Sinny B. Thai (Bar No. 278644)
      *sthai@hbblaw.com*
3   HAIGHT BROWN & BONESTEEL LLP
      *edocs@hbblaw.com*
4   555 South Flower Street, Forty-Fifth Floor
    Los Angeles, California 90071
5   Telephone:  213.542.8000
    Facsimile:  213.542.8100
6
    Attorneys for Defendant
7   BROAN-NUTONE LLC

8              **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  MAYER BEVERLY PARK LIMITED        Case No. 2:21-cv-03268-JFW-KS
    PARTNERSHIP,
12                                    **ORDER GRANTING REMAND OF**
                 Plaintiff,           **CASE NO: 2:21-cv-03268-JFW-KS**
13                                    **BACK TO THE LOS ANGELES**
         v.                           **SUPERIOR COURT**
14
    BROAN-NUTONE LLC, and DOES 1      Date:   TBD
15  to 10, inclusive,                 Time:   TBD
                                      Ctrm:   ___
16               Defendants.

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

*Haight*

BM07-0000195
13912551.1

1

1       Pursuant to the stipulation entered into on September 22, 2021, and between,

2   Defendant BROAN-NUTONE, LLC ("BROAN"), and Plaintiff MAYER

3   BEVERLY PARK LIMITED PARTNERSHIP ("MAYER BEVERLY"):

4       IT IS ORDERED that the stipulation and agreement entered into between the

5   parties, for a request to remand Los Angeles Superior Court No. 21STCV03710

6   back to the County of Los Angeles, be granted; and that a certified copy of this

7   order be mailed by the clerk of this court to the clerk of the Superior Court of the

8   State of California, County of Los Angeles.

9       IT IS FURTHER ORDERED that pursuant to the stipulation reached between

10  the parties, MAYER BEVERLY shall not recover any costs and disbursements,

11  including attorneys' fees, in this court against defendant BROAN.

12

13  DATED: September 27, 2021

14

15

16  _____

    JOHN F. WALTER

    Judge, United States District Court

17

18

19

20

21

22

23

24

25

26

27

28